**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC,[1] | Case No. 17-12560 (KJC) |
| Debtor. | 2903, 3421, 3428, 3439 |
| Tax I.D. No. 47-5653603 | |
| In re: | Chapter 11 |
| 215 NORTH 12TH STREET, LLC, | Case No. 17-12561 (KJC) |
| Debtor. | |
| Tax I.D. No. 46-5663105 | |
| In re: | Chapter 11 |
| H31 ADDISON PARK HOLDING COMPANY, LLC, | Case No. 17-12562 (KJC) |
| Debtor. | |
| Tax I.D. No. 30-0920775 | |
| In re: | Chapter 11 |
| ADDISON PARK INVESTMENTS, LLC, | Case No. 17-12563 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-4575888 | |

---

[1]    The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

| | |
|---|---|
| In re:<br><br>M11 ANCHORPOINT HOLDING COMPANY,<br>LLC,<br><br>                    Debtor.<br><br>Tax I.D. No. 32-0441946 | Chapter 11<br><br>Case No. 17-12565 (KJC) |
| In re:<br><br>ANCHORPOINT INVESTMENTS, LLC,<br><br>                    Debtor.<br><br>Tax I.D. No. 47-1085530 | Chapter 11<br><br>Case No. 17-12566 (KJC) |
| In re:<br><br>H32 ARBORVITAE HOLDING COMPANY,<br>LLC,<br><br>                    Debtor.<br><br>Tax I.D. No. 32-0487525 | Chapter 11<br><br>Case No. 17-12567 (KJC) |
| In re:<br><br>ARBORVITAE INVESTMENTS, LLC,<br><br>                    Debtor.<br><br>Tax I.D. No. 81-2833426 | Chapter 11<br><br>Case No. 17-12572 (KJC) |
| In re:<br><br>M26 ARCHIVOLT HOLDING COMPANY, LLC,<br><br>                    Debtor.<br><br>Tax I.D. No. 30-0836436 | Chapter 11<br><br>Case No. 17-12573 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHIVOLT INVESTMENTS, LLC, | Case No. 17-12574 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-2178542 | |
| In re: | Chapter 11 |
| H2 ARLINGTON RIDGE HOLDING COMPANY, LLC, | Case No. 17-12575 (KJC) |
| Debtor. | |
| Tax I.D. No. 32-0479930 | |
| In re: | Chapter 11 |
| ARLINGTON RIDGE INVESTMENTS, LLC, | Case No. 17-12576 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-0778879 | |
| In re: | Chapter 11 |
| M19 ARROWPOINT HOLDING COMPANY, LLC, | Case No. 17-12577 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-3934378 | |
| In re: | Chapter 11 |
| ARROWPOINT INVESTMENTS, LLC, | Case No. 17-12578 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1747069 | |

| | |
|---|---|
| In re: | Chapter 11 |
| H58 BALEROY HOLDING COMPANY, LLC, | Case No. 17-12579 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-4011881 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BALEROY INVESTMENTS, LLC, | Case No. 17-12580 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-4079851 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BASSWOOD HOLDING, LLC, | Case No. 17-12600 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2612784 | |

| | |
|---|---|
| In re: | Chapter 11 |
| H13 BAY VILLAGE HOLDING COMPANY, LLC, | Case No. 17-12591 (KJC) |
| Debtor. | |
| Tax I.D. No. 32-0498917 | |

| | |
|---|---|
| In re: | Chapter 11 |
| BAY VILLAGE INVESTMENTS, LLC, | Case No. 17-12604 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-3173221 | |

| | |
|---|---|
| In re: | Chapter 11 |
| H15 BEAR BROOK HOLDING COMPANY, LLC, | Case No. 17-12607 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1800030 | |
| In re: | Chapter 11 |
| BEAR BROOK INVESTMENTS, LLC, | Case No. 17-12610 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2393387 | |
| In re: | Chapter 11 |
| H46 BEECH CREEK HOLDING COMPANY, LLC, | Case No. 17-12612 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4840050 | |
| In re: | Chapter 11 |
| BEECH CREEK INVESTMENTS, LLC, | Case No. 17-12616 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1830963 | |
| In re: | Chapter 11 |
| H70 BISHOP WHITE HOLDING COMPANY, LLC, | Case No. 17-12619 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4856161 | |

| | |
|---|---|
| In re:<br><br>BISHOP WHITE INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1818784 | Chapter 11<br><br>Case No. 17-12623 (KJC) |
| In re:<br><br>H53 BLACK BASS HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4843505 | Chapter 11<br><br>Case No. 17-12639 (KJC) |
| In re:<br><br>BLACK BASS INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0550884 | Chapter 11<br><br>Case No. 17-12641 (KJC) |
| In re:<br><br>H28 BLACK LOCUST HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0486941 | Chapter 11<br><br>Case No. 17-12647 (KJC) |
| In re:<br><br>BLACK LOCUST INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-2833159 | Chapter 11<br><br>Case No. 17-12648 (KJC) |

| | |
|---|---|
| In re:<br><br>H20 BLUFF POINT HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4827342 | Chapter 11<br><br>Case No. 17-12715 (KJC) |
| In re:<br><br>BLUFF POINT INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4856406 | Chapter 11<br><br>Case No. 17-12722 (KJC) |
| In re:<br><br>H49 BOWMAN HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0501694 | Chapter 11<br><br>Case No. 17-12725 (KJC) |
| In re:<br><br>BOWMAN INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0549670 | Chapter 11<br><br>Case No. 17-12753 (KJC) |
| In re:<br><br>M27 BRISE SOLEIL HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0452821 | Chapter 11<br><br>Case No. 17-12760 (KJC) |

| | |
|---|---|
| In re:<br><br>BRISE SOLEIL INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-2519998 | Chapter 11<br><br>Case No. 17-12762 (KJC) |
| In re:<br><br>H40 BRAMLEY HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1787162 | Chapter 11<br><br>Case No. 17-12766 (KJC) |
| In re:<br><br>BRAMLEY INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3049020 | Chapter 11<br><br>Case No. 17-12769 (KJC) |
| In re:<br><br>M28 BROADSANDS HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-4049424 | Chapter 11<br><br>Case No. 17-12773 (KJC) |
| In re:<br><br>BROADSANDS INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3682687 | Chapter 11<br><br>Case No. 17-12777 (KJC) |

| | |
|---|---|
| In re:<br><br>M29 BRYNDERWEN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0520685 | Chapter 11<br><br>Case No. 17-12781 (KJC) |
| In re:<br><br>BRYNDERWEN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-0936305 | Chapter 11<br><br>Case No. 17-12793 (KJC) |
| In re:<br><br>M13 CABLESTAY HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1739809 | Chapter 11<br><br>Case No. 17-12795 (KJC) |
| In re:<br><br>CABLESTAY INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-1433442 | Chapter 11<br><br>Case No. 17-12798 (KJC) |
| In re:<br><br>M31 CANNINGTON HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1750667 | Chapter 11<br><br>Case No. 17-12801 (KJC) |

| | |
|---|---|
| In re:<br><br>CANNINGTON INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-2654303 | Chapter 11<br><br>Case No. 17-12803 (KJC) |
| In re:<br><br>CARBONDALE DOOCY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3983616 | Chapter 11<br><br>Case No. 17-12805 (KJC) |
| In re:<br><br>CARBONDALE GLEN LOT A-5, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5010728 | Chapter 11<br><br>Case No. 17-12807 (KJC) |
| In re:<br><br>CARBONDALE GLEN LOT D-22, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-3971907 | Chapter 11<br><br>Case No. 17-12809 (KJC) |
| In re:<br><br>CARBONDALE GLEN LOT E-24, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-4954987 | Chapter 11<br><br>Case No. 17-12811 (KJC) |

In re:

CARBONDALE GLEN LOT GV-13, LLC,

Debtor.

Tax I.D. No. 46-4846075

Chapter 11

Case No. 17-12813 (KJC)

In re:

CARBONDALE GLEN LOT SD-23, LLC,

Debtor.

Tax I.D. No. 47-1204775

Chapter 11

Case No. 17-12815 (KJC)

In re:

CARBONDALE GLEN LOT SD-14, LLC,

Debtor.

Tax I.D. No. 46-4995515

Chapter 11

Case No. 17-12817 (KJC)

In re:

CARBONDALE GLEN MESA LOT 19, LLC,

Debtor.

Tax I.D. No. 46-5306376

Chapter 11

Case No. 17-12819 (KJC)

In re:

CARBONDALE GLEN RIVER MESA, LLC,

Debtor.

Tax I.D. No. 47-1686926

Chapter 11

Case No. 17-12820 (KJC)

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONDALE GLEN SUNDANCE PONDS, LLC, | Case No. 17-12822 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-1720113 | |
| In re: | Chapter 11 |
| CARBONDALE GLEN SWEETGRASS VISTA, LLC, | Case No. 17-12564 (KJC) |
| Debtor. | |
| Tax I.D. No. 46-5277510 | |
| In re: | Chapter 11 |
| CARBONDALE SPRUCE 101, LLC, | Case No. 17-12568 (KJC) |
| Debtor. | |
| Tax I.D. No. 46-5596126 | |
| In re: | Chapter 11 |
| CARBONDALE SUNDANCE LOT 15, LLC, | Case No. 17-12569 (KJC) |
| Debtor. | |
| Tax I.D. No. 90-1011131 | |
| In re: | Chapter 11 |
| CARBONDALE SUNDANCE LOT 16, LLC, | Case No. 17-12570 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1720786 | |

| | |
|---|---|
| In re:<br><br>M53 CASTLE PINES HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2533398 | Chapter 11<br><br>Case No. 17-12571 (KJC) |
| In re:<br><br>CASTLE PINES INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-4184123 | Chapter 11<br><br>Case No. 17-12581 (KJC) |
| In re:<br><br>M25 CENTERSHOT HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1742128 | Chapter 11<br><br>Case No. 17-12583 (KJC) |
| In re:<br><br>CENTERSHOT INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-1059391 | Chapter 11<br><br>Case No. 17-12586 (KJC) |
| In re:<br><br>M76 CHAPLIN HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1769267 | Chapter 11<br><br>Case No. 17-12587 (KJC) |

| | |
|---|---|
| In re:<br><br>CHAPLIN INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-5123215 | Chapter 11<br><br>Case No. 17-12592 (KJC) |
| In re:<br><br>M79 CHESTNUT COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1770125 | Chapter 11<br><br>Case No. 17-12595 (KJC) |
| In re:<br><br>CHESTNUT INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4819809 | Chapter 11<br><br>Case No. 17-12603 (KJC) |
| In re:<br><br>H5 CHESTNUT RIDGE HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1775244 | Chapter 11<br><br>Case No. 17-12608 (KJC) |
| In re:<br><br>CHESTNUT RIDGE INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-1483815 | Chapter 11<br><br>Case No. 17-12614 (KJC) |

| | |
|---|---|
| In re:<br><br>M45 CLOVER BASIN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-4006677 | Chapter 11<br><br>Case No. 17-12618 (KJC) |
| In re:<br><br>CLOVER BASIN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-3008470 | Chapter 11<br><br>Case No. 17-12621 (KJC) |
| In re:<br><br>M51 COFFEE CREEK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2532745 | Chapter 11<br><br>Case No. 17-12624 (KJC) |
| In re:<br><br>COFFEE CREEK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-4109365 | Chapter 11<br><br>Case No. 17-12627 (KJC) |
| In re:<br><br>H56 CRAVEN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-4011344 | Chapter 11<br><br>Case No. 17-12633 (KJC) |

| | |
|---|---|
| In re:<br><br>CRAVEN INVESTMENTS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 81-4550994 | Chapter 11<br><br>Case No. 17-12636 (KJC) |
| In re:<br><br>M14 CROSSBEAM HOLDING COMPANY,<br>LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 30-0833109 | Chapter 11<br><br>Case No. 17-12645 (KJC) |
| In re:<br><br>CROSSBEAM INVESTMENTS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 47-1502940 | Chapter 11<br><br>Case No. 17-12650 (KJC) |
| In re:<br><br>M63 CROWFIELD HOLDING COMPANY, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 61-1767092 | Chapter 11<br><br>Case No. 17-12655 (KJC) |
| In re:<br><br>CROWFIELD INVESTMENTS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 47-4774030 | Chapter 11<br><br>Case No. 17-12660 (KJC) |

| | |
|---|---|
| In re:<br><br>CRYSTAL VALLEY HOLDINGS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2494942 | Chapter 11<br><br>Case No. 17-12666 (KJC) |
| In re:<br><br>M92 CRYSTAL WOODS HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0545806 | Chapter 11<br><br>Case No. 17-12671 (KJC) |
| In re:<br><br>CRYSTAL WOODS INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3682816 | Chapter 11<br><br>Case No. 17-12676 (KJC) |
| In re:<br><br>CUCO SETTLEMENT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 80-0801418 | Chapter 11<br><br>Case No. 17-12679 (KJC) |
| In re:<br><br>M72 DALEVILLE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3978670 | Chapter 11<br><br>Case No. 17-12683 (KJC) |

| | |
|---|---|
| In re:<br><br>DALEVILLE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-5132915 | Chapter 11<br><br>Case No. 17-12687 (KJC) |
| In re:<br><br>M39 DERBYSHIRE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0846509 | Chapter 11<br><br>Case No. 17-12692 (KJC) |
| In re:<br><br>DERBYSHIRE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-2513735 | Chapter 11<br><br>Case No. 17-12696 (KJC) |
| In re:<br><br>H76 DIAMOND COVE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0520315 | Chapter 11<br><br>Case No. 17-12700 (KJC) |
| In re:<br><br>DIAMOND COVE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3079809 | Chapter 11<br><br>Case No. 17-12705 (KJC) |

| | |
|---|---|
| In re:<br><br>H14 DIXVILLE NOTCH HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4825633 | Chapter 11<br><br>Case No. 17-12712 (KJC) |
| In re:<br><br>DIXVILLE NOTCH INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1860257 | Chapter 11<br><br>Case No. 17-12716 (KJC) |
| In re:<br><br>H7 DOGWOOD VALLEY HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1797002 | Chapter 11<br><br>Case No. 17-12721 (KJC) |
| In re:<br><br>DOGWOOD VALLEY INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-1485898 | Chapter 11<br><br>Case No. 17-12727 (KJC) |
| In re:<br><br>M32 DOLLIS BROOK HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4792873 | Chapter 11<br><br>Case No. 17-12731 (KJC) |

| | |
|---|---|
| In re:<br><br>DOLLIS BROOK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4794042 | Chapter 11<br><br>Case No. 17-12735 (KJC) |
| In re:<br><br>M9 DONNINGTON HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4787114 | Chapter 11<br><br>Case No. 17-12741 (KJC) |
| In re:<br><br>DONNINGTON INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1762744 | Chapter 11<br><br>Case No. 17-12744 (KJC) |
| In re:<br><br>M15 DOUBLELEAF HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1759523 | Chapter 11<br><br>Case No. 17-12749 (KJC) |
| In re:<br><br>DOUBLELEAF INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-1547075 | Chapter 11<br><br>Case No. 17-12755 (KJC) |

| | |
|---|---|
| In re:<br><br>M22 DRAWSPAN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4790325 | Chapter 11<br><br>Case No. 17-12764 (KJC) |
| In re:<br><br>DRAWSPAN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1765457 | Chapter 11<br><br>Case No. 17-12767 (KJC) |
| In re:<br><br>M71 ELDREDGE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4816338 | Chapter 11<br><br>Case No. 17-12771 (KJC) |
| In re:<br><br>ELDREDGE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0881579 | Chapter 11<br><br>Case No. 17-12775 (KJC) |
| In re:<br><br>H25 ELSTAR HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1843243 | Chapter 11<br><br>Case No. 17-12779 (KJC) |

| | |
|---|---|
| In re:<br><br>ELSTAR INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4753731 | Chapter 11<br><br>Case No. 17-12782 (KJC) |
| In re:<br><br>H19 EMERALD LAKE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2551570 | Chapter 11<br><br>Case No. 17-12785 (KJC) |
| In re:<br><br>EMERALD LAKE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3992276 | Chapter 11<br><br>Case No. 17-12788 (KJC) |
| In re:<br><br>M24 FIELDPOINT HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3936210 | Chapter 11<br><br>Case No. 17-12791 (KJC) |
| In re:<br><br>FIELDPOINT INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-1512405 | Chapter 11<br><br>Case No. 17-12794 (KJC) |

| | |
|---|---|
| In re:<br><br>M88 FRANCONIA NOTCH HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2608184 | Chapter 11<br><br>Case No. 17-12796 (KJC) |
| In re:<br><br>FRANCONIA NOTCH INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-3547325 | Chapter 11<br><br>Case No. 17-12797 (KJC) |
| In re:<br><br>M10 GATESHEAD HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2508924 | Chapter 11<br><br>Case No. 17-12593 (KJC) |
| In re:<br><br>GATESHEAD INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-1241537 | Chapter 11<br><br>Case No. 17-12597 (KJC) |
| In re:<br><br>M85 GLENN RICH HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2607844 | Chapter 11<br><br>Case No. 17-12599 (KJC) |

In re:

GLENN RICH INVESTMENTS, LLC,

Debtor.

Tax I.D. No. 82-3547350

Chapter 11

Case No. 17-12602 (KJC)

---

In re:

M93 GOOSE ROCKS HOLDING COMPANY, LLC,

Debtor.

Tax I.D. No. 30-0975189

Chapter 11

Case No. 17-12605 (KJC)

---

In re:

GOOSE ROCKS INVESTMENTS, LLC,

Debtor.

Tax I.D. No. 82-1175453

Chapter 11

Case No. 17-12611 (KJC)

---

In re:

M68 GOOSEBROOK HOLDING COMPANY, LLC,

Debtor.

Tax I.D. No. 37-1789434

Chapter 11

Case No. 17-12615 (KJC)

---

In re:

GOOSEBROOK INVESTMENTS, LLC,

Debtor.

Tax I.D. No. 47-4943737

Chapter 11

Case No. 17-12617 (KJC)

| | |
|---|---|
| In re:<br><br>H68 GRAEME PARK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1812736 | Chapter 11<br><br>Case No. 17-12620 (KJC) |
| In re:<br><br>GRAEME PARK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3308869 | Chapter 11<br><br>Case No. 17-12622 (KJC) |
| In re:<br><br>H61 GRAND MIDWAY HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-4014835 | Chapter 11<br><br>Case No. 17-12626 (KJC) |
| In re:<br><br>GRAND MIDWAY INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4591671 | Chapter 11<br><br>Case No. 17-12628 (KJC) |
| In re:<br><br>H26 GRAVENSTEIN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0484323 | Chapter 11<br><br>Case No. 17-12630 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| GRAVENSTEIN INVESTMENTS, LLC, | Case No. 17-12632 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2262195 | |
| In re: | Chapter 11 |
| H44 GREEN GABLES HOLDING COMPANY, LLC, | Case No. 17-12634 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4842248 | |
| In re: | Chapter 11 |
| GREEN GABLES INVESTMENTS, LLC, | Case No. 17-12637 (KJC) |
| Debtor. | |
| Tax I.D. No. 30-0951347 | |
| In re: | Chapter 11 |
| H27 GRENADIER HOLDING COMPANY, LLC, | Case No. 17-12642 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1802590 | |
| In re: | Chapter 11 |
| GRENADIER INVESTMENTS, LLC, | Case No. 17-12643 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2131772 | |

| | |
|---|---|
| In re:<br><br>H41 GRUMBLETHORPE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0500106 | Chapter 11<br><br>Case No. 17-12646 (KJC) |
| In re:<br><br>GRUMBLETHORPE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3049318 | Chapter 11<br><br>Case No. 17-12649 (KJC) |
| In re:<br><br>M87 HACKMATACK HILLS HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2539583 | Chapter 11<br><br>Case No. 17-12652 (KJC) |
| In re:<br><br>HACKMATACK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-4958293 | Chapter 11<br><br>Case No. 17-12653 (KJC) |
| In re:<br><br>M56 HAFFENBURG HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1763780 | Chapter 11<br><br>Case No. 17-12656 (KJC) |

| | |
|---|---|
| In re:<br><br>HAFFENBURG INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-4321472 | Chapter 11<br><br>Case No. 17-12659 (KJC) |
| In re:<br><br>H39 HARALSON HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1840886 | Chapter 11<br><br>Case No. 17-12661 (KJC) |
| In re:<br><br>HARALSON INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-3048946 | Chapter 11<br><br>Case No. 17-12663 (KJC) |
| In re:<br><br>M33 HARRINGWORTH HOLDING COMPANY,<br>LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 30-0847830 | Chapter 11<br><br>Case No. 17-12667 (KJC) |
| In re:<br><br>HARRINGWORTH INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-2535770 | Chapter 11<br><br>Case No. 17-12669 (KJC) |

| | |
|---|---|
| In re:<br><br>M80 HAZELPOINT HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0882703 | Chapter 11<br><br>Case No. 17-12672 (KJC) |
| In re:<br><br>HAZELPOINT INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1793824 | Chapter 11<br><br>Case No. 17-12674 (KJC) |
| In re:<br><br>H66 HEILBRON MANOR HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2577245 | Chapter 11<br><br>Case No. 17-12677 (KJC) |
| In re:<br><br>HEILBRON MANOR INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-0657818 | Chapter 11<br><br>Case No. 17-12681 (KJC) |
| In re:<br><br>HOLLYLINE HOLDINGS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2504412 | Chapter 11<br><br>Case No. 17-12684 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| HOLLYLINE OWNERS, LLC, | Case No. 17-12688 (KJC) |
| Debtor. | |
| Tax I.D. No. 46-5422556 | |
| In re: | Chapter 11 |
| H35 HORNBEAM HOLDING COMPANY, LLC, | Case No. 17-12691 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1805290 | |
| In re: | Chapter 11 |
| HORNBEAM INVESTMENTS, LLC, | Case No. 17-12694 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1859532 | |
| In re: | Chapter 11 |
| H37 IDARED HOLDING COMPANY, LLC, | Case No. 17-12697 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-3993378 | |
| In re: | Chapter 11 |
| IDARED INVESTMENTS, LLC, | Case No. 17-12701 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3047643 | |

| | |
|---|---|
| In re:<br><br>H74 IMPERIAL ALY HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0517948 | Chapter 11<br><br>Case No. 17-12704 (KJC) |
| In re:<br><br>IMPERIAL ALY INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-3237940 | Chapter 11<br><br>Case No. 17-12708 (KJC) |
| In re:<br><br>M99 IRONSIDES HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1838261 | Chapter 11<br><br>Case No. 17-12710 (KJC) |
| In re:<br><br>IRONSIDES INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-4072351 | Chapter 11<br><br>Case No. 17-12714 (KJC) |
| In re:<br><br>H43 LENNI HEIGHTS HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1797951 | Chapter 11<br><br>Case No. 17-12717 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| LENNI HEIGHTS INVESTMENTS, LLC, | Case No. 17-12720 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-3636691 | |
| In re: | Chapter 11 |
| H6 LILAC MEADOW HOLDING COMPANY, LLC, | Case No. 17-12724 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-3984921 | |
| In re: | Chapter 11 |
| LILAC MEADOW INVESTMENTS, LLC, | Case No. 17-12728 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-1484000 | |
| In re: | Chapter 11 |
| M17 LINCOLNSHIRE HOLDING COMPANY, LLC, | Case No. 17-12730 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2509895 | |
| In re: | Chapter 11 |
| LINCOLNSHIRE INVESTMENTS, LLC, | Case No. 17-12733 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-1310533 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M54 LONETREE HOLDING COMPANY, LLC, | Case No. 17-12737 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1762356 | |
| In re: | Chapter 11 |
| LONETREE INVESTMENTS, LLC, | Case No. 17-12740 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1785194 | |
| In re: | Chapter 11 |
| M40 LONGBOURN HOLDING COMPANY, LLC, | Case No. 17-12742 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1753893 | |
| In re: | Chapter 11 |
| LONGBOURN INVESTMENTS, LLC, | Case No. 17-12746 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-2942888 | |
| In re: | Chapter 11 |
| M73 MASON RUN HOLDING COMPANY, LLC, | Case No. 17-12748 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2535691 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MASON RUN INVESTMENTS, LLC, | Case No. 17-12751 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4470644 | |

| | |
|---|---|
| In re: | Chapter 11 |
| H8 MELODY LANE HOLDING COMPANY, LLC, | Case No. 17-12756 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-3984011 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MELODY LANE INVESTMENTS, LLC, | Case No. 17-12757 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-1500252 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M90 MERRIMACK VALLEY HOLDING COMPANY, LLC, | Case No. 17-12658 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-4050547 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MERRIMACK VALLEY INVESTMENTS, LLC, | Case No. 17-12665 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3547307 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M61 MINEOLA HOLDING COMPANY, LLC, | Case No. 17-12668 (KJC) |
| Debtor. | |
| Tax I.D. No. 38-3968989 | |
| In re: | Chapter 11 |
| MINEOLA INVESTMENTS, LLC, | Case No. 17-12673 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-3849029 | |
| In re: | Chapter 11 |
| H16 MONADNOCK HOLDING COMPANY, LLC, | Case No. 17-12678 (KJC) |
| Debtor. | |
| Tax I.D. No. 32-0483391 | |
| In re: | Chapter 11 |
| MONADNOCK INVESTMENTS, LLC, | Case No. 17-12682 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2393513 | |
| In re: | Chapter 11 |
| H60 MORAVIAN HOLDING COMPANY, LLC, | Case No. 17-12686 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1803179 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MORAVIAN INVESTMENTS, LLC, | Case No. 17-12690 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-4536854 | |
| In re: | Chapter 11 |
| M67 MOUNTAIN SPRING HOLDING COMPANY, LLC, | Case No. 17-12695 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1785385 | |
| In re: | Chapter 11 |
| MOUNTAIN SPRING INVESTMENTS, LLC, | Case No. 17-12698 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4763294 | |
| In re: | Chapter 11 |
| M83 MT. HOLLY HOLDING COMPANY, LLC, | Case No. 17-12703 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1857897 | |
| In re: | Chapter 11 |
| MT. HOLLY INVESTMENTS, LLC, | Case No. 17-12707 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3547337 | |

| | |
|---|---|
| In re:<br><br>H38 MUTSU HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-4015889 | Chapter 11<br><br>Case No. 17-12711 (KJC) |
| In re:<br><br>MUTSU INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3048020 | Chapter 11<br><br>Case No. 17-12719 (KJC) |
| In re:<br><br>M91 NEWVILLE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2616748 | Chapter 11<br><br>Case No. 17-12726 (KJC) |
| In re:<br><br>NEWVILLE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-4497973 | Chapter 11<br><br>Case No. 17-12734 (KJC) |
| In re:<br><br>H51 OLD CARBON HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0501911 | Chapter 11<br><br>Case No. 17-12738 (KJC) |

| | |
|---|---|
| In re:<br><br>OLD CARBON INVESTMENTS, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 82-3086858 | Chapter 11<br><br>Case No. 17-12743 (KJC) |
| In re:<br><br>H55 OLD MAITLAND HOLDING COMPANY, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 36-4843887 | Chapter 11<br><br>Case No. 17-12747 (KJC) |
| In re:<br><br>OLD MAITLAND INVESTMENTS, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 37-1839114 | Chapter 11<br><br>Case No. 17-12752 (KJC) |
| In re:<br><br>M46 OWL RIDGE HOLDING COMPANY, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 37-1870546 | Chapter 11<br><br>Case No. 17-12759 (KJC) |
| In re:<br><br>OWL RIDGE INVESTMENTS, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 82-3218792 | Chapter 11<br><br>Case No. 17-12763 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| H22 PAPIROVKA HOLDING COMPANY, LLC, | Case No. 17-12770 (KJC) |
| Debtor. | |
| Tax I.D. No. 32-0508821 | |
| In re: | Chapter 11 |
| PAPIROVKA INVESTMENTS, LLC, | Case No. 17-12774 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-4715472 | |
| In re: | Chapter 11 |
| H4 PAWTUCKAWAY HOLDING COMPANY, LLC, | Case No. 17-12778 (KJC) |
| Debtor. | |
| Tax I.D. No. 30-0889299 | |
| In re: | Chapter 11 |
| PAWTUCKAWAY INVESTMENTS, LLC, | Case No. 17-12783 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-1483152 | |
| In re: | Chapter 11 |
| M38 PEMBERLEY HOLDING COMPANY, LLC, | Case No. 17-12787 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1871154 | |

| | |
|---|---|
| In re:<br><br>PEMBERLEY INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-3219040 | Chapter 11<br><br>Case No. 17-12790 (KJC) |
| In re:<br><br>H17 PEMIGEWASSET HOLDING COMPANY,<br>LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1779026 | Chapter 11<br><br>Case No. 17-12799 (KJC) |
| In re:<br><br>PEMIGEWASSET INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-2546827 | Chapter 11<br><br>Case No. 17-12800 (KJC) |
| In re:<br><br>M95 PEPPERWOOD HOLDING COMPANY,<br>LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 38-4053660 | Chapter 11<br><br>Case No. 17-12802 (KJC) |
| In re:<br><br>PEPPERWOOD INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1877950 | Chapter 11<br><br>Case No. 17-12804 (KJC) |

| | |
|---|---|
| In re:<br><br>M70 PINNEY HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4811495 | Chapter 11<br><br>Case No. 17-12806 (KJC) |
| In re:<br><br>PINNEY INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0470132 | Chapter 11<br><br>Case No. 17-12808 (KJC) |
| In re:<br><br>H23 PINOVA HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1840307 | Chapter 11<br><br>Case No. 17-12810 (KJC) |
| In re:<br><br>PINOVA INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4753468 | Chapter 11<br><br>Case No. 17-12812 (KJC) |
| In re:<br><br>M34 QUARTERPOST HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4802780 | Chapter 11<br><br>Case No. 17-12814 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| QUARTERPOST INVESTMENTS, LLC, | Case No. 17-12816 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1764802 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M97 RED WOODS HOLDING COMPANY, LLC, | Case No. 17-12823 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4882190 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RED WOODS INVESTMENTS, LLC, | Case No. 17-12824 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1876065 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M57 RIDGECREST HOLDING COMPANY, LLC, | Case No. 17-12818 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4812759 | |

| | |
|---|---|
| In re: | Chapter 11 |
| RIDGECREST INVESTMENTS, LLC, | Case No. 17-12821 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1769696 | |

| | |
|---|---|
| In re:<br><br>M75 RILEY CREEK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0877226 | Chapter 11<br><br>Case No. 17-12825 (KJC) |
| In re:<br><br>RILEY CREEK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-4580214 | Chapter 11<br><br>Case No. 17-12826 (KJC) |
| In re:<br><br>H59 RISING SUN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0505554 | Chapter 11<br><br>Case No. 17-12827 (KJC) |
| In re:<br><br>RISING SUN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1856846 | Chapter 11<br><br>Case No. 17-12828 (KJC) |
| In re:<br><br>M62 SAGEBROOK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3975717 | Chapter 11<br><br>Case No. 17-12829 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| SAGEBROOK INVESTMENTS, LLC, | Case No. 17-12830 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4751464 | |
| In re: | Chapter 11 |
| H54 SEVEN STARS HOLDING COMPANY, LLC, | Case No. 17-12831 (KJC) |
| Debtor. | |
| Tax I.D. No. 30-0948432 | |
| In re: | Chapter 11 |
| SEVEN STARS INVESTMENTS, LLC, | Case No. 17-12832 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3086994 | |
| In re: | Chapter 11 |
| H11 SILK CITY HOLDING COMPANY, LLC, | Case No. 17-12833 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2565002 | |
| In re: | Chapter 11 |
| SILK CITY INVESTMENTS, LLC, | Case No. 17-12834 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-3121465 | |

| | |
|---|---|
| In re: | Chapter 11 |
| H30 SILVER MAPLE HOLDING COMPANY, LLC, | Case No. 17-12835 (KJC) |
| Debtor. | |
| Tax I.D. No. 36-4829953 | |
| In re: | Chapter 11 |
| SILVER MAPLE INVESTMENTS, LLC, | Case No. 17-12836 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1859699 | |
| In re: | Chapter 11 |
| SILVERLEAF FUNDING, LLC, | Case No. 17-12837 (KJC) |
| Debtor. | |
| Tax I.D. No. 90-1009877 | |
| In re: | Chapter 11 |
| M41 SILVERTHORNE HOLDING COMPANY, LLC, | Case No. 17-12838 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1856930 | |
| In re: | Chapter 11 |
| SILVERTHORNE INVESTMENTS, LLC, | Case No. 17-12582 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3218840 | |

| | |
|---|---|
| In re:<br><br>M36 SPRINGLINE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1870908 | Chapter 11<br><br>Case No. 17-12584 (KJC) |
| In re:<br><br>SPRINGLINE INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3667321 | Chapter 11<br><br>Case No. 17-12585 (KJC) |
| In re:<br><br>M49 SQUARETOP HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1804325 | Chapter 11<br><br>Case No. 17-12588 (KJC) |
| In re:<br><br>SQUARETOP INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-1844466 | Chapter 11<br><br>Case No. 17-12589 (KJC) |
| In re:<br><br>H24 STAYMAN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3990527 | Chapter 11<br><br>Case No. 17-12590 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| STAYMAN INVESTMENTS, LLC, | Case No. 17-12594 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2119090 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M86 STEELE HILL HOLDING COMPANY, LLC, | Case No. 17-12596 (KJC) |
| Debtor. | |
| Tax I.D. No. 61-1858312 | |

| | |
|---|---|
| In re: | Chapter 11 |
| STEELE HILL INVESTMENTS, LLC, | Case No. 17-12598 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3667340 | |

| | |
|---|---|
| In re: | Chapter 11 |
| M5 STEPSTONE HOLDING COMPANY, LLC, | Case No. 17-12601 (KJC) |
| Debtor. | |
| Tax I.D. No. 32-0441473 | |

| | |
|---|---|
| In re: | Chapter 11 |
| STEPSTONE INVESTMENTS, LLC, | Case No. 17-12606 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-1177231 | |

| | |
|---|---|
| In re:<br><br>H9 STRAWBERRY FIELDS HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1774464 | Chapter 11<br><br>Case No. 17-12609 (KJC) |
| In re:<br><br>STRAWBERRY FIELDS INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-1500355 | Chapter 11<br><br>Case No. 17-12613 (KJC) |
| In re:<br><br>H36 STURMER PIPPIN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1841256 | Chapter 11<br><br>Case No. 17-12625 (KJC) |
| In re:<br><br>STURMER PIPPIN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4536686 | Chapter 11<br><br>Case No. 17-12629 (KJC) |
| In re:<br><br>H21 SUMMERFREE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0954453 | Chapter 11<br><br>Case No. 17-12631 (KJC) |

| | |
|---|---|
| In re:<br><br>SUMMERFREE INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-4231496 | Chapter 11<br><br>Case No. 17-12635 (KJC) |
| In re:<br><br>H47 SUMMIT CUT HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 30-0946912 | Chapter 11<br><br>Case No. 17-12638 (KJC) |
| In re:<br><br>SUMMIT CUT INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-4550876 | Chapter 11<br><br>Case No. 17-12640 (KJC) |
| In re:<br><br>H65 THORNBURY FARM HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0517454 | Chapter 11<br><br>Case No. 17-12644 (KJC) |
| In re:<br><br>THORNBURY FARM INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 82-3313083 | Chapter 11<br><br>Case No. 17-12651 (KJC) |

| | |
|---|---|
| In re:<br><br>M60 THUNDER BASIN HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4814560 | Chapter 11<br><br>Case No. 17-12654 (KJC) |
| In re:<br><br>THUNDER BASIN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 38-3977057 | Chapter 11<br><br>Case No. 17-12657 (KJC) |
| In re:<br><br>M37 TOPCHORD HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4792131 | Chapter 11<br><br>Case No. 17-12662 (KJC) |
| In re:<br><br>TOPCHORD INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1764007 | Chapter 11<br><br>Case No. 17-12664 (KJC) |
| In re:<br><br>M48 VALLECITO HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1870739 | Chapter 11<br><br>Case No. 17-12670 (KJC) |

| | |
|---|---|
| In re:<br><br>VALLECITO INVESTMENTS, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 82-3218552 | Chapter 11<br><br>Case No. 17-12675 (KJC) |
| In re:<br><br>M74 VARGA HOLDING COMPANY, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 36-4812322 | Chapter 11<br><br>Case No. 17-12680 (KJC) |
| In re:<br><br>VARGA INVESTMENTS, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 35-2537136 | Chapter 11<br><br>Case No. 17-12685 (KJC) |
| In re:<br><br>M50 WETTERHORN HOLDING COMPANY, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 36-4879936 | Chapter 11<br><br>Case No. 17-12689 (KJC) |
| In re:<br><br>WETTERHORN INVESTMENTS, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 32-0550171 | Chapter 11<br><br>Case No. 17-12693 (KJC) |

| | |
|---|---|
| In re:<br><br>H12 WHITE BIRCH HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1789593 | Chapter 11<br><br>Case No. 17-12699 (KJC) |
| In re:<br><br>WHITE BIRCH INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-2261555 | Chapter 11<br><br>Case No. 17-12702 (KJC) |
| In re:<br><br>M43 WHITE DOME HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-2611327 | Chapter 11<br><br>Case No. 17-12706 (KJC) |
| In re:<br><br>WHITE DOME INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3682729 | Chapter 11<br><br>Case No. 17-12709 (KJC) |
| In re:<br><br>WHITEACRE FUNDING, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5392998 | Chapter 11<br><br>Case No. 17-12713 (KJC) |

| | |
|---|---|
| In re:<br><br>M44 WILDERNEST HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 30-0887546 | Chapter 11<br><br>Case No. 17-12718 (KJC) |
| In re:<br><br>WILDERNEST INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-5591375 | Chapter 11<br><br>Case No. 17-12723 (KJC) |
| In re:<br><br>H52 WILLOW GROVE HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0502112 | Chapter 11<br><br>Case No. 17-12729 (KJC) |
| In re:<br><br>WILLOW GROVE INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-4156588 | Chapter 11<br><br>Case No. 17-12732 (KJC) |
| In re:<br><br>M94 WINDING ROAD HOLDING COMPANY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0548229 | Chapter 11<br><br>Case No. 17-12736 (KJC) |

| | |
|---|---|
| In re:<br><br>WINDING ROAD INVESTMENTS, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 82-3808169 | Chapter 11<br><br>Case No. 17-12739 (KJC) |
| In re:<br><br>WMF MANAGEMENT, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 80-0829238 | Chapter 11<br><br>Case No. 17-12745 (KJC) |
| In re:<br><br>WOODBRIDGE CAPITAL INVESTMENTS, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 26-2136081 | Chapter 11<br><br>Case No. 17-12750 (KJC) |
| In re:<br><br>WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 47-4288318 | Chapter 11<br><br>Case No. 17-12754 (KJC) |
| In re:<br><br>WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 47-4663649 | Chapter 11<br><br>Case No. 17-12758 (KJC) |

| | |
|---|---|
| In re:<br><br>WOODBRIDGE INVESTMENTS, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 32-0018557 | Chapter 11<br><br>Case No. 17-12761 (KJC) |
| In re:<br><br>WOODBRIDGE MEZZANINE FUND 1, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 47-4312753 | Chapter 11<br><br>Case No. 17-12765 (KJC) |
| In re:<br><br>WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 80-0830172 | Chapter 11<br><br>Case No. 17-12768 (KJC) |
| In re:<br><br>WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 46-4247030 | Chapter 11<br><br>Case No. 17-12772 (KJC) |
| In re:<br><br>WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,<br><br>          Debtor.<br><br>Tax I.D. No. 47-1869618 | Chapter 11<br><br>Case No. 17-12776 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, | Case No. 17-12780 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4678525 | |
| In re: | Chapter 11 |
| WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC, | Case No. 17-12784 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4211203 | |
| In re: | Chapter 11 |
| WOODBRIDGE STRUCTURED FUNDING, LLC, | Case No. 17-12786 (KJC) |
| Debtor. | |
| Tax I.D. No. 27-0583593 | |
| In re: | Chapter 11 |
| H29 ZESTAR HOLDING COMPANY, LLC, | Case No. 17-12789 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2554093 | |
| In re: | Chapter 11 |
| ZESTAR INVESTMENTS, LLC, | Case No. 17-12792 (KJC) |
| Debtor. | |
| Tax I.D. No. 81-2833233 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONDALE GLEN LOT L-2, LLC, | Case No. 18-10284 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-2131369 | |
| In re: | Chapter 11 |
| CARBONDALE PEAKS LOT L-1, LLC, | Case No. 18-10286 (KJC) |
| Debtor. | |
| Tax I.D. No. 46-5066563 | |
| In re: | Chapter 11 |
| H18 MASSABESIC HOLDING COMPANY, LLC, | Case No. 18-10287 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2550852 | |
| In re: | Chapter 11 |
| H33 HAWTHORN HOLDING COMPANY, LLC, | Case No. 18-10288 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2554765 | |
| In re: | Chapter 11 |
| H50 SACHS BRIDGE HOLDING COMPANY, LLC, | Case No. 18-10289 (KJC) |
| Debtor. | |
| Tax I.D. No. 37-1833049 | |

| | |
|---|---|
| In re:<br><br>H64 PENNHURST HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1841251 | Chapter 11<br><br>Case No. 18-10290 (KJC) |
| In re:<br><br>HAWTHORN INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-3033463 | Chapter 11<br><br>Case No. 18-10291 (KJC) |
| In re:<br><br>LILAC VALLEY INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-2607274 | Chapter 11<br><br>Case No. 18-10292 (KJC) |
| In re:<br><br>MASSABESIC INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-2546893 | Chapter 11<br><br>Case No. 18-10293 (KJC) |
| In re:<br><br>M58 SPRINGVALE HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1786656 | Chapter 11<br><br>Case No. 18-10294 (KJC) |

| | |
|---|---|
| In re: | Chapter 11 |
| M96 LILAC VALLEY HOLDING COMPANY, LLC, | Case No. 18-10295 (KJC) |
| Debtor. | |
| Tax I.D. No. 35-2560412 | |
| In re: | Chapter 11 |
| PENNHURST INVESTMENTS, LLC, | Case No. 18-10296 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-0617313 | |
| In re: | Chapter 11 |
| SACHS BRIDGE INVESTMENTS, LLC, | Case No. 18-10297 (KJC) |
| Debtor. | |
| Tax I.D. No. 82-3068687 | |
| In re: | Chapter 11 |
| SPRINGVALE INVESTMENTS, LLC, | Case No. 18-10298 (KJC) |
| Debtor. | |
| Tax I.D. No. 47-4656181 | |
| In re: | Chapter 11 |
| BELLFLOWER FUNDING, LLC, | Case No. 18-10507 (KJC) |
| Debtor. | |
| Tax I.D. No. 45-0620156 | |

| | |
|---|---|
| In re:<br><br>WALL 123, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-3512520 | Chapter 11<br><br>Case No. 18-10508 (KJC) |
| In re:<br><br>695 BUGGY CIRCLE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-5694827 | Chapter 11<br><br>Case No. 18-10670 (KJC) |
| In re:<br><br>BLAZINGSTAR FUNDING, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 90-0923953 | Chapter 11<br><br>Case No. 18-10671 (KJC) |
| In re:<br><br>BUGGY CIRCLE HOLDINGS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 38-3930850 | Chapter 11<br><br>Case No. 18-10672 (KJC) |
| In re:<br><br>DEERFIELD PARK INVESTMENTS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-1042296 | Chapter 11<br><br>Case No. 18-10673 (KJC) |

| | |
|---|---|
| In re:<br><br>H10 DEERFIELD PARK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0888117 | Chapter 11<br><br>Case No. 18-10674 (KJC) |
| In re:<br><br>KIRKSTEAD INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1743696 | Chapter 11<br><br>Case No. 18-10675 (KJC) |
| In re:<br><br>M16 KIRKSTEAD HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 36-4788119 | Chapter 11<br><br>Case No. 18-10676 (KJC) |
| In re:<br><br>FROG ROCK INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-5230623 | Chapter 11<br><br>Case No. 18-10733 (KJC) |
| In re:<br><br>M77 FROG ROCK HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 37-1791849 | Chapter 11<br><br>Case No. 18-10734 (KJC) |

| | |
|---|---|
| In re:<br><br>M89 MOUNT WASHINGTON HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1808012 | Chapter 11<br><br>Case No. 18-10735 (KJC) |
| In re:<br><br>MOUNT WASHINGTON INVESTMENTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-4592061 | Chapter 11<br><br>Case No. 18-10736 (KJC)<br><br>**Ref. Docket Nos. 2903, 3421, & \_\_\_\_** |

## FINAL DECREE CLOSING CERTAIN CASES
## AND AMENDING CAPTION OF REMAINING CASES

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Cases* (the "Certification of Counsel") filed on behalf of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having found that it has jurisdiction to consider the Certification of Counsel and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Certification of Counsel in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that the notice of the relief requested by the Certification of Counsel is adequate and no other or further notice need be given; and a hearing having been held to consider the relief requested on October 24, 2018; and upon the record of the hearing on the

62

relief requested and all of the proceedings had before this Court; and this Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and it appearing that the relief requested is in accordance with the terms of the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* [Docket No. 2903] (the "Confirmation Order")[2]; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      All of the Debtors' cases other than those of the Remaining Debtors, Woodbridge Group of Companies, LLC and Woodbridge Mortgage Investment Fund 1, LLC, shall be closed effective as of the entry of this order (the "Closing Cases").[3]  Given the number of Closing Cases, pursuant to Local Rule 1001-1(c), the requirement that the case name and case number of each Closing Case be listed in the body of this Order is hereby waived.

2.      This Order shall be entered on the docket of each of the Closing Cases, and thereafter each such docket shall be marked as "Closed."

3.      Entry of this Order is without prejudice to the rights of the Liquidation Trust, the Wind-Down Entity, or other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

4.      The closing of the Cases, other than the Cases of the Remaining Debtors, will in no way prejudice the Liquidation Trust's or the Wind-Down Entity's, as applicable, rights to

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Confirmation Order.

[3]      Pursuant to Local Rule 3022-1(a), attached hereto as Exhibit 1 is a listing of the case name and case number of each case to be closed by this Order.

object or otherwise contest a proof of Claim filed against any of the Debtors or to commence or

prosecute any action to which any of the Debtors is, was, or may be a party, or a claimant's

rights to receive Distributions under the Plan to the extent such claimant's Claim is ultimately

Allowed, nor will the closing of such Cases otherwise alter or modify the terms of the Plan.

5.      The Closing Cases are hereby removed from the joint administration orders

[Docket No. 45, 570, 739, 845, and 846].

6.      The caption in the Cases of the Remaining Debtors shall be amended as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |

---

[1]      The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy

Code.

7.      The final report for the Debtors in the Closing Cases required under Local Rule

3022-1(c) shall be included as part of a consolidated final report for all the Debtors and filed in

connection with the closure of the cases for the Remaining Debtors.

8.      All motions, contested matters, and adversary proceedings that remain open as of

the date hereof, or that are opened in the future, with respect to the Debtors in the Closing Cases,

including objections to claims and final fee applications, will be administered under the Case of

Woodbridge Group of Companies, LLC.

9.      The Debtors, the Liquidation Trust, the Wind-Down Entity, and the Clerk of the Court are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

10.     All U.S. Trustee fees payable pursuant to 28 U.S.C. § 1930 that arise after the Effective Date shall be paid by the Liquidation Trust in accordance with the terms of the Plan and Confirmation Order.

11.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     This Court shall retain jurisdiction and power to hear and determine any matters or disputes related to the Closing Cases, including, without limitation, any matters or disputes relating to the effect of discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.  Further, this Court retains jurisdiction and power with respect to all matters arising from or related to the implementation of this Order.

Dated:   February 25, 2019
         Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE