**Exhibit 1**

## CLOSING CASES

**GROUP 1 PETITION DATE: December 4, 2017**

| Debtor | Case No. |
|---|---|
| 215 North 12th Street, LLC | 17-12561 |
| Addison Park Investments, LLC | 17-12563 |
| Anchorpoint Investments, LLC | 17-12566 |
| Arborvitae Investments, LLC | 17-12572 |
| Archivolt Investments, LLC | 17-12574 |
| Arlington Ridge Investments, LLC | 17-12576 |
| Arrowpoint Investments, LLC | 17-12578 |
| Baleroy Investments, LLC | 17-12580 |
| Basswood Holding, LLC | 17-12600 |
| Bay Village Investments, LLC | 17-12604 |
| Bear Brook Investments, LLC | 17-12610 |
| Beech Creek Investments, LLC | 17-12616 |
| Bishop White Investments, LLC | 17-12623 |
| Black Bass Investments, LLC | 17-12641 |
| Black Locust Investments, LLC | 17-12648 |
| Bluff Point Investments, LLC | 17-12722 |
| Bowman Investments, LLC | 17-12753 |
| Bramley Investments, LLC | 17-12769 |
| Brise Soleil Investments, LLC | 17-12762 |
| Broadsands Investments, LLC | 17-12777 |
| Brynderwen Investments, LLC | 17-12793 |
| Cablestay Investments, LLC | 17-12798 |
| Cannington Investments, LLC | 17-12803 |
| Carbondale Doocy, LLC | 17-12805 |
| Carbondale Glen Lot A-5, LLC | 17-12807 |
| Carbondale Glen Lot D-22, LLC | 17-12809 |
| Carbondale Glen Lot E-24, LLC | 17-12811 |
| Carbondale Glen Lot GV-13, LLC | 17-12813 |
| Carbondale Glen Lot SD-14, LLC | 17-12817 |
| Carbondale Glen Lot SD-23, LLC | 17-12815 |
| Carbondale Glen Mesa Lot 19, LLC | 17-12819 |
| Carbondale Glen River Mesa, LLC | 17-12820 |

| Debtor | Case No. |
|---|---|
| Carbondale Glen Sundance Ponds, LLC | 17-12822 |
| Carbondale Glen Sweetgrass Vista, LLC | 17-12564 |
| Carbondale Spruce 101, LLC | 17-12568 |
| Carbondale Sundance Lot 15, LLC | 17-12569 |
| Carbondale Sundance Lot 16, LLC | 17-12570 |
| Castle Pines Investments, LLC | 17-12581 |
| Centershot Investments, LLC | 17-12586 |
| Chaplin Investments, LLC | 17-12592 |
| Chestnut Investments, LLC | 17-12603 |
| Chestnut Ridge Investments, LLC | 17-12614 |
| Clover Basin Investments, LLC | 17-12621 |
| Coffee Creek Investments, LLC | 17-12627 |
| Craven Investments, LLC | 17-12636 |
| Crossbeam Investments, LLC | 17-12650 |
| Crowfield Investments, LLC | 17-12660 |
| Crystal Valley Holdings, LLC | 17-12666 |
| Crystal Woods Investments, LLC | 17-12676 |
| Cuco Settlement, LLC | 17-12679 |
| Daleville Investments, LLC | 17-12687 |
| Derbyshire Investments, LLC | 17-12696 |
| Diamond Cove Investments, LLC | 17-12705 |
| Dixville Notch Investments, LLC | 17-12716 |
| Dogwood Valley Investments, LLC | 17-12727 |
| Dollis Brook Investments, LLC | 17-12735 |
| Donnington Investments, LLC | 17-12744 |
| Doubleleaf Investments, LLC | 17-12755 |
| Drawspan Investments, LLC | 17-12767 |
| Eldredge Investments, LLC | 17-12775 |
| Elstar Investments, LLC | 17-12782 |
| Emerald Lake Investments, LLC | 17-12788 |
| Fieldpoint Investments, LLC | 17-12794 |
| Franconia Notch Investments, LLC | 17-12797 |

| Debtor | Case No. |
|---|---|
| Gateshead Investments, LLC | 17-12597- |
| Glenn Rich Investments, LLC | 17-12602 |
| Goose Rocks Investments, LLC | 17-12611 |
| Goosebrook Investments, LLC | 17-12617 |
| Graeme Park Investments, LLC | 17-12622 |
| Grand Midway Investments, LLC | 17-12628 |
| Gravenstein Investments, LLC | 17-12632 |
| Green Gables Investments, LLC | 17-12637 |
| Grenadier Investments, LLC | 17-12643 |
| Grumblethorpe Investments, LLC | 17-12649 |
| H11 Silk City Holding Company, LLC | 17-12833 |
| H12 White Birch Holding Company, LLC | 17-12699 |
| H13 Bay Village Holding Company, LLC | 17-12591 |
| H14 Dixville Notch Holding Company, LLC | 17-12712 |
| H15 Bear Brook Holding Company, LLC | 17-12607 |
| H16 Monadnock Holding Company, LLC | 17-12678 |
| H17 Pemigewasset Holding Company, LLC | 17-12799 |
| H19 Emerald Lake Holding Company, LLC | 17-12785 |
| H2 Arlington Ridge Holding Company, LLC | 17-12575 |
| H20 Bluff Point Holding Company, LLC | 17-12715 |
| H21 Summerfree Holding Company, LLC | 17-12631 |
| H22 Papirovka Holding Company, LLC | 17-12770 |
| H23 Pinova Holding Company, LLC | 17-12810 |
| H24 Stayman Holding Company, LLC | 17-12590 |
| H25 Elstar Holding Company, LLC | 17-12779 |
| H26 Gravenstein Holding Company, LLC | 17-12630 |
| H27 Grenadier Holding Company, LLC | 17-12642 |
| H28 Black Locust Holding Company, LLC | 17-12647 |
| H29 Zestar Holding Company, LLC | 17-12789 |
| H30 Silver Maple Holding Company, LLC | 17-12835 |
| H31 Addison Park Holding Company, LLC | 17-12562 |
| H32 Arborvitae Holding Company, LLC | 17-12567 |
| H35 Hornbeam Holding Company, LLC | 17-12691 |

| Debtor | Case No. |
|---|---|
| H36 Sturmer Pippin Holding Company, LLC | 17-12625 |
| H37 Idared Holding Company, LLC | 17-12697 |
| H38 Mutsu Holding Company, LLC | 17-12711 |
| H39 Haralson Holding Company, LLC | 17-12661 |
| H4 Pawtuckaway Holding Company, LLC | 17-12778 |
| H40 Bramley Holding Company, LLC | 17-12766 |
| H41 Grumblethorpe Holding Company, LLC | 17-12646 |
| H43 Lenni Heights Holding Company, LLC | 17-12717 |
| H44 Green Gables Holding Company, LLC | 17-12634 |
| H46 Beech Creek Holding Company, LLC | 17-12612 |
| H47 Summit Cut Holding Company, LLC | 17-12638 |
| H49 Bowman Holding Company, LLC | 17-12725 |
| H5 Chestnut Ridge Holding, LLC | 17-12608 |
| H51 Old Carbon Holding Company, LLC | 17-12738 |
| H52 Willow Grove Holding Company, LLC | 17-12729 |
| H53 Black Bass Holding Company, LLC | 17-12639 |
| H54 Seven Stars Holding Company, LLC | 17-12831 |
| H55 Old Maitland Holding Company, LLC | 17-12747 |
| H56 Craven Holding Company, LLC | 17-12633 |
| H58 Baleroy Holding Company, LLC | 17-12579 |
| H59 Rising Sun Holding Company, LLC | 17-12827 |
| H6 Lilac Meadow Holding Company, LLC | 17-12724 |
| H60 Moravian Holding Company, LLC | 17-12686 |
| H61 Grand Midway Holding Company, LLC | 17-12626 |
| H65 Thornbury Farm Holding Company, LLC | 17-12644 |
| H66 Heilbron Manor Holding Company, LLC | 17-12677 |
| H68 Graeme Park Holding Company, LLC | 17-12620- |
| H7 Dogwood Valley Holding Company, LLC | 17-12721 |
| H70 Bishop White Holding Company, LLC | 17-12619 |
| H74 Imperial Aly Holding Company, LLC | 17-12704 |
| H76 Diamond Cove Holding Company, LLC | 17-12700 |
| H8 Melody Lane Holding Company, LLC | 17-12756 |
| H9 Strawberry Fields Holding Company, LLC | 17-12609 |

2

| Debtor | Case No. |
|---|---|
| Hackmatack Investments, LLC | 17-12653 |
| Haffenburg Investments, LLC | 17-12659 |
| Haralson Investments, LLC | 17-12663 |
| Harringworth Investments, LLC | 17-12669 |
| Hazelpoint Investments, LLC | 17-12674 |
| Heilbron Manor Investments, LLC | 17-12681 |
| Hollyline Holdings, LLC | 17-12684 |
| Hollyline Owners, LLC | 17-12688 |
| Hornbeam Investments, LLC | 17-12694 |
| Idared Investments, LLC | 17-12701 |
| Imperial Aly Investments, LLC | 17-12708 |
| Ironsides Investments, LLC | 17-12714 |
| Lenni Heights Investments, LLC | 17-12720 |
| Lilac Meadow Investments, LLC | 17-12728 |
| Lincolnshire Investments, LLC | 17-12733 |
| Lonetree Investments, LLC | 17-12740 |
| Longbourn Investments, LLC | 17-12746 |
| M10 Gateshead Holding Company, LLC | 17-12593 |
| M11 Anchorpoint Holding Company, LLC | 17-12565 |
| M13 Cablestay Holding Company, LLC | 17-12795 |
| M14 Crossbeam Holding Company, LLC | 17-12645 |
| M15 Doubleleaf Holding Company, LLC | 17-12749 |
| M17 Lincolnshire Holding Company, LLC | 17-12730 |
| M19 Arrowpoint Holdings Company, LLC | 17-12577 |
| M22 Drawspan Holding Company, LLC | 17-12764 |
| M24 Fieldpoint Holding Company, LLC | 17-12791 |
| M25 Centershot Holding Company, LLC | 17-12583 |
| M26 Archivolt Holding Company, LLC | 17-12573 |
| M27 Brise Soleil Holding Company, LLC | 17-12760 |
| M28 Broadsands Holding Company, LLC | 17-12773 |
| M29 Brynderwen Holding Company, LLC | 17-12781 |
| M31 Cannington Holding Company, LLC | 17-12801 |
| M32 Dollis Brook Holding Company, LLC | 17-12731 |

| Debtor | Case No. |
|---|---|
| M33 Harringworth Holding Company, LLC | 17-12667 |
| M34 Quarterpost Holding Company, LLC | 17-12814 |
| M36 Springline Holding Company, LLC | 17-12584 |
| M37 Topchord Holding Company, LLC | 17-12662 |
| M38 Pemberley Holding Company, LLC | 17-12787 |
| M39 Derbyshire Holding Company, LLC | 17-12692 |
| M40 Longbourn Holding Company, LLC | 17-12742 |
| M41 Silverthorne Holding Company, LLC | 17-12838 |
| M43 White Dome Holding Company, LLC | 17-12706 |
| M44 Wildernest Holding Company, LLC | 17-12718 |
| M45 Clover Basin Holding Company, LLC | 17-12618 |
| M46 Owl Ridge Holding Company, LLC | 17-12759 |
| M48 Vallecito Holding Company, LLC | 17-12670 |
| M49 Squaretop Holding Company, LLC | 17-12588 |
| M5 Stepstone Holding Company, LLC | 17-12601 |
| M50 Wetterhorn Holding Company, LLC | 17-12689 |
| M51 Coffee Creek Holding Company, LLC | 17-12624 |
| M53 Castle Pines Holding Company, LLC | 17-12571 |
| M54 Lonetree Holding Company, LLC | 17-12737 |
| M56 Haffenburg Holding Company, LLC | 17-12656 |
| M57 Ridgecrest Holding Company, LLC | 17-12818 |
| M60 Thunder Basin Holding Company, LLC | 17-12654 |
| M61 Mineola Holding Company, LLC | 17-12668 |
| M62 Sagebrook Holding Company, LLC | 17-12829 |
| M63 Crowfield Holding Company, LLC | 17-12655 |
| M67 Mountain Spring Holding Company, LLC | 17-12695 |
| M68 Goosebrook Holding Company, LLC | 17-12615 |
| M70 Pinney Holding Company, LLC | 17-12806 |
| M71 Eldredge Holding Company, LLC | 17-12771 |
| M72 Daleville Holding Company, LLC | 17-12683 |
| M73 Mason Run Holding Company, LLC | 17-12748 |
| M74 Varga Holding Company, LLC | 17-12680 |
| M75 Riley Creek Holding Company, LLC | 17-12825 |

3

| Debtor | Case No. |
|---|---|
| M76 Chaplin Holding Company, LLC | 17-12587 |
| M79 Chestnut Company, LLC | 17-12595 |
| M80 Hazelpoint Holding Company, LLC | 17-12672 |
| M83 Mt. Holly Holding Company, LLC | 17-12703 |
| M85 Glenn Rich Holding Company, LLC | 17-12599 |
| M86 Steele Hill Holding Company, LLC | 17-12596 |
| M87 Hackmatack Hills Holding Company, LLC | 17-12652 |
| M88 Franconia Notch Holding Company, LLC | 17-12796 |
| M9 Donnington Holding Company, LLC | 17-12741 |
| M90 Merrimack Valley Holding Company, LLC | 17-12658 |
| M91 Newville Holding Company, LLC | 17-12726 |
| M92 Crystal Woods Holding Company, LLC | 17-12671 |
| M93 Goose Rocks Holding Company, LLC | 17-12605 |
| M94 Winding Road Holding Company, LLC | 17-12736 |
| M95 Pepperwood Holding Company, LLC | 17-12802 |
| M97 Red Woods Holding Company, LLC | 17-12823 |
| M99 Ironsides Holding Company, LLC | 17-12710 |
| Mason Run Investments, LLC | 17-12751 |
| Melody Lane Investments, LLC | 17-12757 |
| Merrimack Valley Investments, LLC | 17-12665 |
| Mineola Investments, LLC | 17-12673 |
| Monadnock Investments, LLC | 17-12682 |
| Moravian Investments, LLC | 17-12690 |
| Mountain Spring Investments, LLC | 17-12698 |
| Mt. Holly Investments, LLC | 17-12707 |
| Mutsu Investments, LLC | 17-12719 |
| Newville Investments, LLC | 17-12734 |
| Old Carbon Investments, LLC | 17-12743 |
| Old Maitland Investments, LLC | 17-12752 |
| Owl Ridge Investments, LLC | 17-12763 |
| Papirovka Investments, LLC | 17-12774 |
| Pawtuckaway Investments, LLC | 17-12783 |
| Pemberley Investments, LLC | 17-12790 |

| Debtor | Case No. |
|---|---|
| Pemigewasset Investments, LLC | 17-12800 |
| Pepperwood Investments, LLC | 17-12804 |
| Pinney Investments, LLC | 17-12808 |
| Pinova Investments, LLC | 17-12812 |
| Quarterpost Investments, LLC | 17-12816 |
| Red Woods Investments, LLC | 17-12824 |
| Ridgecrest Investments, LLC | 17-12821 |
| Riley Creek Investments, LLC | 17-12826 |
| Rising Sun Investments, LLC | 17-12828 |
| Sagebrook Investments, LLC | 17-12830 |
| Seven Stars Investments, LLC | 17-12832 |
| Silk City Investments, LLC | 17-12834 |
| Silver Maple Investments, LLC | 17-12836 |
| Silverleaf Funding, LLC | 17-12837 |
| Silverthorne Investments, LLC | 17-12582 |
| Springline Investments, LLC | 17-12585 |
| Squaretop Investments, LLC | 17-12589 |
| Stayman Investments, LLC | 17-12594 |
| Steele Hill Investments, LLC | 17-12598 |
| Stepstone Investments, LLC | 17-12606 |
| Strawberry Fields Investments, LLC | 17-12613 |
| Sturmer Pippin Investments, LLC | 17-12629 |
| Summerfree Investments, LLC | 17-12635 |
| Summit Cut Investments, LLC | 17-12640 |
| Thornbury Farm Investments, LLC | 17-12651 |
| Thunder Basin Investments, LLC | 17-12657 |
| Topchord Investments, LLC | 17-12664 |
| Vallecito Investments, LLC | 17-12675 |
| Varga Investments, LLC | 17-12685 |
| Wetterhorn Investments, LLC | 17-12693 |
| White Birch Investments, LLC | 17-12702 |
| White Dome Investments, LLC | 17-12709 |
| Whiteacre Funding, LLC | 17-12713 |

4

| Debtor | Case No. |
|---|---|
| Wildernest Investments, LLC | 17-12723 |
| Willow Grove Investments, LLC | 17-12732 |
| Winding Road Investments, LLC | 17-12739 |
| WMF Management, LLC | 17-12745 |
| Woodbridge Capital Investments, LLC | 17-12750 |
| Woodbridge Commercial Bridge Loan Fund 1, LLC | 17-12754 |
| Woodbridge Commercial Bridge Loan Fund 2, LLC | 17-12758 |
| Woodbridge Investments, LLC | 17-12761 |
| Woodbridge Mezzanine Fund 1, LLC | 17-12765 |
| Woodbridge Mortgage Investment Fund 2, LLC | 17-12772 |
| Woodbridge Mortgage Investment Fund 3, LLC | 17-12776 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 17-12780 |
| Woodbridge Mortgage Investment Fund 4, LLC | 17-12784 |
| Woodbridge Structured Funding, LLC | 17-12786 |
| Zestar Investments, LLC | 17-12792 |

**GROUP 2 PETITION DATE: February 9, 2018**

| Debtor | Case No. |
|---|---|
| Carbondale Glen Lot L-2, LLC | 18-10284 |
| Carbondale Peaks Lot L-1, LLC | 18-10286 |
| H18 Massabesic Holding Company, LLC | 18-10287 |
| H33 Hawthorn Holding Company, LLC | 18-10288 |
| H50 Sachs Bridge Holding Company, LLC | 18-10289 |
| H64 Pennhurst Holding Company, LLC | 18-10290 |
| Hawthorn Investments, LLC | 18-10291 |
| Lilac Valley Investments, LLC | 18-10292 |
| M58 Springvale Holding Company, LLC | 18-10294 |
| M96 Lilac Valley Holding Company, LLC | 18-10295 |
| Massabesic Investments, LLC | 18-10293 |
| Pennhurst Investments, LLC | 18-10296 |
| Sachs Bridge Investments, LLC | 18-10297 |
| Springvale Investments, LLC | 18-10298 |

**GROUP 3 PETITION DATE: March 9, 2018**

| Debtor | Case No. |
|---|---|
| Bellflower Funding, LLC | 18-10507 |
| Wall 123, LLC | 18-10508 |

**GROUP 4 PETITION DATE: March 23, 2018**

| Debtor | Case No. |
|---|---|
| 695 Buggy Circle, LLC | 18-10670 |
| Blazingstar Funding, LLC | 18-10671 |
| Buggy Circle Holdings, LLC | 18-10672 |
| Deerfield Park Investments, LLC | 18-10673 |
| H10 Deerfield Park Holding Company, LLC | 18-10674 |
| Kirkstead Investments, LLC | 18-10675 |
| M16 Kirkstead Holding Company, LLC | 18-10676 |

**GROUP 5 PETITION DATE: March 27, 2018**

| Debtor | Case No. |
|---|---|
| Frog Rock Investments, LLC | 18-10733 |
| M77 Frog Rock Holding Company, LLC | 18-10734 |
| M89 Mount Washington Holding Company, LLC | 18-10735 |
| Mount Washington Investments, LLC | 18-10736 |